**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID GUERRERO, | ) Nos. EDCV 19-00220-JGB (JPR) & |
| | ) EDCV 22-00262-JGB (JPR) |
| Petitioner, | ) |
| | ) **ORDER ACCEPTING MAGISTRATE** |
| v. | ) **JUDGE'S REPORT AND RECOMMENDATION** |
| | ) |
| FIDENCIO N. GUZMAN, Acting Warden, | ) |
| | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petitions, the other records on file herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections to the R. & R.  The Court accepts the findings and recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED THAT:

1.   The petitions are denied with prejudice.

2.   Judgment be entered consistent with this order.

3.   The clerk serve this Order and the judgments on all counsel or parties of record.

DATED:   July 5, 2023

JESUS G. BERNAL
U.S. DISTRICT JUDGE