JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GUERRERO,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>FIDENCIO N. GUZMAN, Acting Warden,<br><br>　　　　Respondent. | Case No. EDCV 22-00262-JGB (JPR)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

　　IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is dismissed with prejudice.

DATED: July 5, 2023

JESUS G. BERNAL
U.S. DISTRICT JUDGE